UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 13-403-CAS | | Date | July 17, 2015 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | Jeff Mitchell, Not Present<br>Christopher Brunwin, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| AARON RAMOS | NOT | | X | ALYSSA BELL, DFPD<br>MARISOL ORIHUELA, DFPD | NOT | | X |

**Proceedings:** (IN CHAMBERS): GOVERNMENT'S *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE FROM JULY 28, 2015 TO AUGUST 25, 2015 (Dkt. 308, filed July 16, 2015)

The Court is in receipt of the government's *ex parte* application to continue the trial date, as well as defendant's opposition thereto. Dkts. 308, 309. The Court intends to maintain the current trial schedule and, accordingly, the government's application is DENIED.

As scheduled, the Court will hear argument on the parties' three noticed motions on Monday, July 20, 2015, at 1:30 p.m. Dkts. 285, 286, 304. At that time, should the Court determine that additional briefing is necessary to decide the statute of limitations issue, the government will be granted leave to file a sur-reply.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Deputy Clerk | | CMJ |